# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: CARMEN D ZIRJACKS                                CASE NUMBER: 2540653
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___5/23/2025___ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

ADVANCED DERMATOLOGY & PLASTIC SURGERY,PO BOX 654321,DALLAS TX 75265-4321
ADVANCED MEDICAL DME,9151 NE 81ST TERRACE,STE 250C,KANSAS CITY MO 64158
CAPITAL ONE BANK,PO BOX 60599,CITY OF INDUSTRY CA 91716
CARE PAYMENT,POB 2398,OMAHA NE 68103-2398
CARMEN D ZIRJACKS,3630 NORTH CHOUTEAU TRAFFICWAY APT D,KANSAS CITY MO 64117
CARS PLUS CREDIT,15700 EAST US HWY 24,INDEPENDENCE MO 64050
CENTRAL STATES RECOVERY,PO BOX 3130,HUTCHINSON KS 67504
CONCORA CREDIT/MILESTONE,POX 96541,CHARLOTTE NC 28296-0541
CONTINENTAL FINANCE CO,4550 NEW LINDEN HILL,WILMINGTON DE 19808
CREDIT COLLECTION SERVICES,725 CANTON STREET,NORWOOD MA 02062
CREDIT WORLD SERVICES INC,6000 MARTWAY STREET,MISSION KS 66202
DIAGNOSTIC IMAGING,PO BOX 419380,KANSAS CITY MO 64141
DIGESTIVE HEALTH SPECIALISTS,PO BOX 843783,KANSAS CITY MO 64184
ERRIN P STOWELL,WM LAW,15095 W 116TH STREET,OLATHE KS 66062
EVERGY,PO BOX 11739,KANSAS CITY MO 64139,KANSAS CITY MO 64138
EVERGY,POB 219330,KANSAS CITY MO 64121-9330
EXECUTIVE FINANCIAL CONSULTANT,PO BOX 34497,NORTH KANSAS CITY MO 64116-0896
HALSTED FINANCIAL SERVICES LLC,POB 828,SKOKIE IL 60076
KDR REALITY,1711 N 73RD TERRACE,KANSAS CITY KS 66112
LIBERTY HOSPITAL,PO BOX 219419,KANSAS CITY MO 64121
LVNV FUNDING LLC,RESURGENT CAPITAL SERVICES,PO BOX 10587,GREENVILLE SC 29603-0587
LVNV FUNDING,C/O RESURGENT CAPITAL SERVICES,POB 10497 MS 576,GREENVILLE SC 29603
LVNV,C/O RESURGENT CAPITAL,PO BOX 10497,GREENVILLE SC 29603
MAWD PATHOLOGY GROUP INC,PO BOX 414650,KANSAS CITY MO 64141-4650
MERITAS HEALTH CORPORATION,POB 505245,SAINT LOUIS MO 63150-5245
MIDWEST ACCEPTANCE CORPORATION,1257 DOUGHERTY FERRY ROAD,VALLEY PARK MO 63088-0009
MIDWEST ACCEPTANCE CORPORATION,ATTN KENNETH BOOTH CEO,1257 DOUGHERTY FERRY ROAD,VALLEY PARK MO 63088-0009
MIDWEST ACCEPTANCE,PO BOX 9,VALLEY PARK MO 63088
MIDWEST EMERGENCY MEDICAL SERVICES PA,POB 3197,INDIANAPOLIS IN 46206-3197
MINUTECLINIC DIAGNOSTIC OF KANSAS,ATTN 8430E,PO BOX 14000,BELFAST ME 04915-4033
NORTH KANSAS CITY HOSPITAL,2800 CLAY EDWARDS DR,KANSAS CITY MO 64116
NORTHLAND RADIOLOGY INC,POB 30075,OMAHA NE 68103-1175
ORTHOPEDIC HEALTH OF KANSAS CITY,POB 413611,KANSAS CITY MO 64141-3611
QUEST DIAGNOSTICS,PO BOX 740780,CINCINNATI OH 45274
RYAN A BLAY,WM LAW,15095 W 116TH ST,OLATHE KS 66049
SAINT LUKES HEALTH SYSTEM,POB 505327,SAINT LOUIS MO 63150-5327
SIMM ASSOCIATES INC,800 PENCADER DRIVE,NEWARK DE 19702
TBOM RETAIL,POB 4499,BEAVERTON OR 97076
TBOM/VERVE,POB 4499,BEAVERTON OR 97076
T-MOBILE,POBOX 742596,CINCINNATI OH 45274
US ATTORNEY,ROOM 5510 US COURTHOUSE,400 E 9TH ST,KANSAS CITY MO 64106
US DEPARTMENT OF EDUCATION,C/O NATIONAL STUDENT LOAN PROGRAM,POB 81408,LINCOLN NE 68501-1408
US DEPARTMENT OF JUSTICE,ATTN: ATTORNEY GENERAL,950 PENNSYLVANIA AVE NW,WASHINGTON DC 20530-0001

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :  ___5/23/2025___                    Signature : _____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **CARMEN D. ZIRJACKS** | ) |
| | ) |
| | ) |
| DEBTOR(S) | ) CASE # 25-40653-can-13 |

**TRUSTEE'S OBJECTION TO ENTRY OF CHAPTER 13 DISCHARGE UNDER
11 U.S.C. §1328(f)**

COMES now Richard V. Fink, Chapter 13 Trustee, and files this Objection to Entry of Chapter 13 Discharge under 11 U.S.C. §1328(f) and in support thereof states:

1. On April 30, 2025, Carmen D. Zirjacks ("debtor") filed for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor received a discharge in prior bankruptcy case 21-41368-can-7, which was filed in the Western District of Missouri on October 29, 2021 with a discharge date of February 2, 2022.

3. Debtor received a discharge in a case filed under chapter 7, 11 or 12 during the 4-year period preceding the date of the order for relief of the above-referenced case or received a discharge in a case filed under chapter 13 during the 2-year period preceding the date of the order for relief of the above-referenced case.

4. Debtor is not eligible to receive a discharge pursuant to 11 U.S.C. §1328(f), even upon successful completion of a confirmed Chapter 13 plan.

5. Pursuant to Federal Rule of Bankruptcy Procedure 4004(a) a motion objecting to a debtor's discharge under 11 U.S.C. §1328(f) must be filed within 60 days after the first date set for the meeting of creditors under §341(a).

6. The date first set for the meeting of creditors is June 3, 2025; therefore, this objection is timely filed.

7. The trustee requests that the court enter an order granting this Objection to Entry of Chapter 13 Discharge Under 11 U.S.C. §1328(f) and find that the debtor is ineligible to receive a discharge pursuant to 11 U.S.C. §1328(f), and such other relief as may be just and equitable.

Based on the foregoing, the Trustee files this Objection to Entry of Chapter 13 Discharge under 11 U.S.C. §1328(f).

Respectfully submitted,
/s/ Richard V. Fink, Trustee
Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, Mo. 64108

**NOTICE OF MOTION**

**Any response to the** Objection to Entry of Chapter 13 Discharge Under 11 U.S.C. §1328(f) **must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. If debtor's counsel is not registered for electronic filing, you must serve the response by mail. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court will enter an Order granting the** Objection to Entry of Chapter 13 Discharge Under 11 U.S.C. §1328(f)**.** For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

NOTICE OF SERVICE

The following parties will be served either electronically or by United States first class mail and a certificate of service will be filed thereafter:

Debtor(s)
Wagoner Bankruptcy Group, attorney for debtor(s) (206)
All creditors

/s/ Richard V. Fink, Trustee